## LUCAS *v.* LUCAS *et al.*

BELL, J. 1. A motion to set aside a verdict, based on matters not appearing on the face of the record, is not an available remedy to avoid the verdict, unless the motion is of such form and content as to be in substance a motion for a new trial, and complies with the rules governing such a motion. *Ellard* v. *Simpson*, 166 *Ga.* 278 (142 S. E. 855); *Lovelace* v. *Lovelace*, 179 *Ga.* 822 (177 S. E.); *Oliver* v. *Fireman's Insurance Co.*, 42 *Ga. App.* 99 (155 S. E. 227), and cit.

2. One of the requisites of a valid motion for a new trial is that it should be accompanied by a brief of evidence. "If there is no brief of evidence, no motion for a new trial exists." *Whitaker* v. *State*, 138 *Ga.* 139 (75 S. E. 254); *Baker* v. *Johnson*, 99 *Ga.* 374 (27 S. E. 706); *Moxley* v. *Georgia Railway & Electric Co.*, 122 *Ga.* 493 (50 S. E. 339); *Holloman* v. *Small*, 111 *Ga.* 812 (35 S. E. 665); *Taliaferro* v. *Columbus Railroad Co.*, 130 *Ga.* 570 (61 S. E. 228). No question as to the necessity of a brief of evidence was raised or considered in any of the following cases: *Ford* v. *Clark*, 129 *Ga.* 292 (58 S. E. 818); *Boyd* v. *Boyd*, 135 *Ga.* 186 (68 S. E. 1095); *Moore* v. *Moore*, 139 *Ga.* 597 (77 S. E. 820); *Roberts* v. *Roberts*, 150 *Ga.* 757 (105 S. E. 448); *Wright* v. *Martin*, 153 *Ga.* 32 (111 S. E. 190); *Perry* v. *Fletcher*, 174 *Ga.* 180 (162 S. E. 285).

3. A motion or petition to set aside a verdict and judgment should be distinguished from a technical motion to set aside a judgment alone. Civil Code (1910), §§ 5957-60; *Firemen's Ins. Co.* v. *Oliver*, 176 *Ga.* 80, 82 (167 S. E. 99). It should also be distinguished from an independent suit in equity to set aside a verdict and judgment. *Rawleigh Co.* v. *Seagraves*, 178 *Ga.* 459 (173 S. E. 167).

4. Under the foregoing rulings, the court did not err in sustaining the demurrer and dismissing the motion to set aside the verdicts and the decree

of divorce, the motion being in effect an attempted motion for a new trial, and not being accompanied by a brief of the evidence.

*Judgment affirmed. All the Justices concur.*

No. 10251. NOVEMBER 16, 1934. REHEARING DENIED DECEMBER 14, 1934.

*William B. Beauchamp, Ralph R. Quillian,* and *Dillon, Calhoun & Dillon,* for plaintiff.

*George G. Finch, William G. McRae, Herman Heyman Jr.,* and *Alfred J. Rufly,* for defendant.